UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Paula J. Karas</u>

   v.          Case No. 1:12-fp-377

<u>State of New Hampshire</u>

<u>Paula J. Karas</u>

   v.         Case No. 1:12-fp-491

<u>State of New Hampshire</u>

<u>O R D E R</u>

  To the extent Ms. Karas's Notice of Appeal is an attempt to appeal 12-fp-377 and 12-fp-491, the request is denied as no case was ever properly filed, <u>see</u> Local Rule 4.4.  Further, to the extent an appeal may lie in those cases, it is interlocutory in nature and the court declines to certify the appeal. 28 U.S.C. § 1292(b). Finally, to the extent Ms. Karas is attempting to initiate a new civil action, the case is dismissed without prejudice for failure to initiate by complaint, <u>see</u> Fed. R. Civ. P. 3, and for failure to pay the filing fee or submit a meaningful <u>in forma pauperis</u> motion as required by Local Rule 4.4.

The Clerk is directed to provide Ms. Karas with a copy of the *Pro Se* Civil Litigation/Habeas Corpus Guide in order to assist her in any efforts to properly file a pro se complaint and in forma pauperis motion.

SO ORDERED.

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

Date: January 16, 2013

cc:  Paula J. Karas, pro se